20 A.3d 432

IN THE MATTER OF JOHN FRANCIS COFFEY, II, AN ATTORNEY AT LAW (ATTORNEY NO. 033191987).

June 15, 2011.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), on the granting of a motion for discipline by consent in DRB 11–038 of **JOHN FRANCIS COFFEY, II,** of **BAYONNE,** who was admitted to the bar of this State in 1987;

And the District VI Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect) in two matters, and *RPC* 1.3 (lack of diligence) and *RPC* 1.4(b) (failure to communicate with the client) in three matters;

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.3 and *RPC* 1.4(b), that certain mitigating factors exist, and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent in District Docket Nos. VI–2009–0028E, VI–2009–0029E, and VI–2009–0030E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JOHN FRANCIS COFFEY, II,** of **BAYONNE,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.